# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2989

_____

United States of America

*Plaintiff - Appellee*

v.

Brenda Ann Stacker

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: February 21, 2014
Filed: February 27, 2014
[Unpublished]

_____

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Brenda Ann Stacker pleaded guilty to a fraud offense, and was sentenced by the district court[1] to 4 years of probation. On appeal, counsel for Stacker seeks to

---

[1] The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the court abused its discretion by failing to convert Stacker's felony conviction into a misdemeanor.  We reject this argument as legally unfounded.  Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no non-frivolous issues.  Therefore, we grant counsel's motion to withdraw, subject to his informing Stacker about procedures for seeking rehearing or filing a petition for certiorari.  The judgment is affirmed.

———————————————